AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| VANSICKLE, FRED | U.S. District Court | 08/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

7 N. Wenatchee Avenue, Suite 310
Wenatchee, WA 98801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Washington State Judicial Retirement | $61,757.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | State of Washington Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | A | Dividend | | | Sold | 08/24/15 | K | B | |
| 2. Exxon/Mobil | A | Dividend | | | Sold | 06/10/15 | K | B | |
| 3. Boeing | B | Dividend | L | T | Sold (part) | 08/21/15 | J | A | |
| 4. Royal Dutch Petrol | A | Dividend | | | Sold | 07/01/15 | K | B | |
| 5. Microsoft | B | Dividend | L | T | | | | | |
| 6. St. Jude Med | A | Dividend | K | T | | | | | |
| 7. Wash Trust Savings | A | Interest | J | T | | | | | |
| 8. Johnson & Johnson | B | Dividend | L | T | Sold (part) | 08/24/15 | K | B | |
| 9. RMPI Account | A | Interest | K | T | | | | | |
| 10. Numerica CU | A | Interest | L | T | | | | | |
| 11. Comcast Corp | A | Dividend | K | T | | | | | |
| 12. North Cascades Bank Shares | A | Dividend | K | T | | | | | |
| 13. Apache Corp | A | Dividend | | | Sold | 07/21/15 | J | | |
| 14. Broadcom Corp | A | Dividend | | | Sold | 01/30/15 | K | B | |
| 15. Corning, Inc | A | Dividend | K | T | Sold (part) | 01/14/15 | J | A | |
| 16. First American Fin Corp | A | Dividend | K | T | Sold (part) | 08/19/15 | J | | |
| 17. FMI Large Capital Fund | A | Dividend | J | T | Sold (part) | 06/17/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/23/15 | J | A | |
| 19. | | | | | Sold (part) | 11/11/15 | J | A | |
| 20. I Shares S&P Mid Cap | A | Dividend | K | T | Sold (part) | 06/17/15 | J | B | |
| 21. JP Morgan Tax Aware | B | Dividend | L | T | | | | | |
| 22. Lifelock Inc | | None | | | Sold | 06/28/15 | K | B | |
| 23. NCR Corp New | | None | J | T | Sold (part) | 06/16/15 | J | | |
| 24. Nasdaq 100 Shares | A | Dividend | L | T | Buy (add'l) | 08/13/15 | J | | |
| 25. | | | | | Sold (part) | 09/23/15 | J | | |
| 26. Potash Corp | A | Dividend | | | Sold | 02/17/15 | K | | |
| 27. S&P 500 Growth E T F | A | Dividend | K | T | Sold (part) | 09/23/15 | K | A | |
| 28. Schwab U.S. Mid-Cap E&F | A | Dividend | K | T | Sold (part) | 11/11/15 | J | | |
| 29. | | | | | Buy (add'l) | 11/12/15 | K | | |
| 30. Schwab US Large Cap ETF | B | Dividend | L | T | Sold (part) | 04/14/15 | K | A | |
| 31. | | | | | Sold (part) | 05/29/15 | K | | |
| 32. | | | | | Buy (add'l) | 06/29/15 | K | | |
| 33. | | | | | Sold (part) | 09/23/15 | J | | |
| 34. Schwab US Small Cap ETF | A | Dividend | M | T | Buy (add'l) | 09/17/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 36. Verizon Comm | B | Dividend | K | T | Sold (part) | 08/25/15 | K | | |
| 37. Hart Cap Management Acct | A | Interest | L | T | | | | | |
| 38. Power Shares Variable Rate Preferred ETF | B | Dividend | K | T | Buy (add'l) | 02/12/15 | J | | |
| 39. | | | | | Buy (add'l) | 08/13/15 | K | | |
| 40. Schwab Money Market sweep account | A | Interest | K | T | | | | | |
| 41. Pimco Eqs Long Short Fd | A | Dividend | J | T | | | | | |
| 42. Spirit Airlines | | None | | | Sold | 10/23/15 | K | | |
| 43. Synchronoss Techs Inc | | None | K | T | | | | | |
| 44. Viacom Inc. | A | Dividend | | | Sold | 08/25/15 | K | | |
| 45. Dupont Fabros Technology | A | Dividend | K | T | Sold (part) | 02/04/15 | K | A | |
| 46. | | | | | Buy (add'l) | 06/09/15 | K | | |
| 47. Global X Super Dividend US ETF | B | Dividend | K | T | Buy (add'l) | 02/12/15 | K | | |
| 48. | | | | | Sold (part) | 05/08/15 | J | | |
| 49. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 50. Goldman Sachs MLP Energy | C | Dividend | L | T | Buy (add'l) | 02/12/15 | J | | |
| 51. | | | | | Sold (part) | 06/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kinder Morgan Inc | A | Dividend | | | Buy (add'l) | 02/12/15 | J | | |
| 53. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 54. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 55. | | | | | Sold | 12/02/15 | K | | |
| 56. Outfront Media Inc | B | Dividend | K | T | Buy (add'l) | 02/12/15 | J | | |
| 57. Potlatch Corporation New | B | Dividend | L | T | Buy (add'l) | 05/08/15 | J | | |
| 58. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 59. | | | | | Buy (add'l) | 11/06/15 | K | | |
| 60. Ensco Plc Adr | A | Dividend | K | T | Buy | 02/12/15 | K | | |
| 61. JP Morgan Chase & Co | A | Dividend | K | T | Buy | 08/25/15 | K | | |
| 62. Las Vegas Sands Corp | B | Dividend | K | T | Buy | 04/14/15 | K | | |
| 63. MainGate MLP Fund | | None | K | T | Buy | 12/23/15 | K | | |
| 64. Realty Income Corp | B | Dividend | K | T | Buy | 05/29/15 | K | | |
| 65. Southwest Airlines | | None | K | T | Buy | 08/24/15 | K | | |
| 66. SPDR Dow Jones Global Real Estate ETF | A | Dividend | J | T | Buy | 06/17/15 | J | | |
| 67. Washington Federal Inc | | None | J | T | Buy | 11/09/15 | J | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRED VANSICKLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544